UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-21034-CIV-SINGHAL

GARCIA HALL,

    Plaintiff,

v.

INEZ MARTIN,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court on Plaintiff Garcia Hall's Motion to Proceed *In Forma Pauperis* and attached inmate account statement. (DE [3]). Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. (DE [1]). Pursuant to 28 U.S.C. § 1914(a), "parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise" are required to "pay a filing fee of $[402.00]." However, pursuant to § 1915(a), courts may permit parties proceeding *in forma pauperis* to initiate a civil action without prepayment of fees or security therefor.

To proceed *in forma pauperis*, the movant must provide an affidavit that the person is unable to pay fees or give security. *Id.* § 1915(a)(1). "Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." *Id.* Additionally, a prisoner seeking to proceed *in forma pauperis* must also provide "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint." § 1915(a)(2).

Nevertheless, although a prisoner proceeding *in forma pauperis* is not required to prepay the full filing fee, the prisoner is required to prepay a partial filing fee and creates a debt to the Court for the balance of the full filing fee.  *See id.* § 1915(b).  Accordingly, the Court must assess an initial partial filing fee that is 20% of the greater of (1) "the average monthly deposits to the prisoner's account"; or (2) "the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal."  *Id.* § 1915(b)(1)(A)-(B).  Thereafter, the prisoner must make payments of 20% of the preceding month's income credited to his or her account. *Id.* § 1915(b)(2).  The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fees are paid.  *Id.*  Here, Plaintiff has filed a motion on the proper form and has attached a certified copy of his prisoner-account statement, showing he has no funds.  (DE [3]).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (DE [3]) is **GRANTED**.  Plaintiff owes the United States a debt of $350.00.  The correctional institution having custody of the prisoner must make payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10.00 until the full filing fee of $350.00 is paid.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of March 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

cc:    Garcia Hall
121217
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
PRO SE

Warden
Dade Correctional Institution
19000 SW 377th Street
Florida City, FL 33034

Financial Department,
United States District Court, Southern District of Florida