UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-21034-CIV-SINGHAL

GARCIA HALL,

    Plaintiff,

v.

INEZ MARTIN,

    Defendant.
_____/

## ORDER DENYING MOTION FOR DEFAULT

THIS CAUSE came before the Court upon *pro se* Plaintiff Garcia Hall's ("Plaintiff") Motion for Default Judgment against Defendant Inez Martin. (DE [10]). On March 16, 2023, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. (DE [1]).

The Court has not yet made a ruling that the Plaintiff's complaint raises a valid claim under § 1983, nor has the Court ordered Defendant to be served with the complaint. As a result, Plaintiff's request for a default against Defendant is premature and improper. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Default (DE [10]) is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of July 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy by US Mail to:

Garcia Hall
121217
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
PRO SE